PRIVATE PROCESS

Case Number: 2017-CI-11989

2017CI11989   S00001

**EMMA FERNANDEZ**

VS.

**ROBERT ROSS MD ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: ROBERT ROSS MD



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL
ATTORNEY FOR PLAINTIFF
1148 E COMMERCE ST
SAN ANTONIO, TX 78205

**Donna Kay M$^{c}$Kinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ
VS
ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989
Court: 166th Judicial District Court

I received this CITATION on the _7th_ day of _July_, 20_17_ at _10:45_o'clock _A_M. and (✓) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   on the date of delivery endorsed on it to _Robert Ross MD_, in person on the _10th_ day of _July_ 20 _17_ at _2:45_ o'clock _P_M. at _7355 Barlite Blvd #301_   or ( )  not  executed because _San Antonio, Tx 78224_

Fees:_____ Badge/PPS #: _SCH 7801_ Date certification expires: _11-30-19_

_Bexar_ _____ County, Texas

By: _Robert Chapa_

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _Robert Chapa_, my date of birth is _11-19-63_, and my address is _1015 Cat Mesa, San Antonio, Tx 78258_, _Bexar_ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Bexar_ County, State of Texas, on the _10th_ day of _July_, 20_17_.

Document Type: CITATION

Declarant

Page 1 of 2

RETURN TO COURT (DK002)

# EXHIBIT B

DOCUMENT SCANNED AS FILED

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

Leticia Leija, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS

Case Number: 2017-CI-11989

2017CI11989   S00002

**EMMA FERNANDEZ**
**VS.**

**ROBERT ROSS MD ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To: ABEL MIRANDA PA





"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL
ATTORNEY FOR PLAINTIFF
1148 E COMMERCE ST
SAN ANTONIO, TX 78205

**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ
VS
ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989
Court: 166th Judicial District Court

I received this CITATION on the 7th day of July, 2017 at 10:45 o'clock A M. and ( ✓ ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   on the date of delivery endorsed on it to Abel Miranda PA _____ in person on the 10th day of July, 2017 at 2:40 o'clock P M. at 2855 Breedlite Blvd. #301   or   ( )   not executed   because
San Antonio, Tx 78224

Fees:_____ Badge/PPS #: SCH 7801 Date certification expires: 11-30-19
Bexar
By: Robert Chapa _____ County, Texas

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Robert Chapa _____, my date of birth is 11-19-63 _____, and my address is
1015 CAT MESA, SAN ANTONIO, 78251   Bexar   County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas, on the 10th day of July, 2017.

Document Type: CITATION

Robert Chapa
Declarant   Page 1 of 2

RETURN TO COURT (DK002)

**DOCUMENT SCANNED AS FILED**

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

Leticia Leija, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS

Case Number: 2017-CI-11989

2017CI11989  S00003

**EMMA FERNANDEZ**

**VS.**

**ROBERT ROSS MD ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT

166th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: SOUTH ALAMO MEDICAL GROUP

BY SERVING DR ROSS OR OTHER OFFICER DIRECTOR OR REGISTERED

AGENT



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL

ATTORNEY FOR PLAINTIFF

1148 E COMMERCE ST

SAN ANTONIO, TX 78205

**Donna Kay McKinney**

Bexar County District Clerk

101 W. Nueva, Suite 217

San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ

VS

ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989

Court: 166th Judicial District Court

I received this CITATION on the ___7th___ day of ___July___, 20_17_ at _10:45_ o'clock _A_ M. and ( ) executed it by delivering a copy of the CITATION with attached

ORIGINAL PETITION   on the date of delivery endorsed on it to _South Alamo medical Group_ _Dr. Ross_, in person on the ___10th___ day

of ___July___, 20_17_ at _2:45_ o'clock _P_ M. at _7355 Barlite Blvd #201_ or ( ) not executed because

_SA Antonio Tx 78224_

Fees:_____ Badge/PPS #: _SCH 7801_ Date certification expires: _11-30-19_

_Bexar_ _____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _Robert Chapa_, my date of birth is _11-19-63_, and my address is

_1015 CRT mesa, San Antonio V_ _Bexar_ County.

_78251_

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Bexar_ County, State of Texas, on

the _10th_ day of _July_, 20_17_.

Case Number: 2017CI11989                   Document Type: CITATION _____ Page 1 of 2

Declarant

RETURN TO COURT (DK002)

DOCUMENT SCANNED AS FILED

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

Leticia Leija, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS



Case Number: 2017-CI-11989

2017CI11989  S00004

**EMMA FERNANDEZ**
**VS.**
**ROBERT ROSS MD ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To: HUMANA INC

BY SERVING ITS REGISTERED AGENT, CSC-LAWYERS INCORPORATING SERVICE COMPANY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL
ATTORNEY FOR PLAINTIFF
1148 E COMMERCE ST
SAN ANTONIO, TX 78205

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ
VS
ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989
Court: 166th Judicial District Court

I received this CITATION on the 7th day of July, 20 17, at 10:45 o'clock A.M. and (✓) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION on the date of delivery endorsed on it to CSC-Lawyers Incorporating Service company in person on the 17th day of July 20 17 at 8:33 o'clock P M. at: 421 West Main St. or ( ) not executed because Frankfurt, Kentucky 40601

Fees:_____ ~~Badge~~/PPS #: SCH 7801 Date certification expires: 11-30-19

Bexar _____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Robert Chaps , my date of birth is 11-19-63 , and my address is 1015 Cat Mesa, San Antonio Tx 78259 Bexar County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas, on the 21st day of July , 20 17 .

Case Number: 2017CI11989

Document Type: CITATION

Page 1 of 6

Declarant

RETURN TO COURT (DK002)

**DOCUMENT SCANNED AS FILED**

# USPS Tracking® Results

FAQs ⟩ (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70160340000034473394

▶        ▶        ▶  Delivered

Updated Delivery Day: Monday, July 17, 2017 ⓘ
## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See tracking for related item: 9590940227336351105916
(/go/TrackConfirmAction?tLabels=9590940227336351105916)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 17, 2017, 8:33 am | Delivered | FRANKFORT, KY 40601 |

Your item was delivered at 8:33 am on July 17, 2017 in FRANKFORT, KY 40601.

| | | |
|---|---|---|
| July 17, 2017, 5:25 am | Arrived at Unit | FRANKFORT, KY 40601 |
| July 14, 2017, 8:02 pm | Departed USPS Regional Facility | LEXINGTON KY DISTRIBUTION CENTER |
| July 14, 2017, 12:45 am | Arrived at USPS Regional Destination Facility | LEXINGTON KY DISTRIBUTION CENTER |

See More ∨

## Available Actions

**Text Updates**                                                             ∨

**Email Updates**                                                            ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

DOCUMENT SCANNED AS FILED



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HUSANT INC
USCI-Allied Incorporation Svc
Gatewin St.
Fort Kentucky
40601

9590 9402 2733 6351 1059 16

2. Article Number (Transfer from service label)

7016 0340 0000 3447 3394

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

SCANNED AS FILED

DOCUMENT 9053

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2733 6351 1059 16

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

R. Chapa
1314 Kildara Ct.
San Antonio, Tx 78253

DOCUMENT SCANNED AS FILED

Case Number: 2017CI11989          Document Type: CITATION          Page 4 of 6





U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information

2017CI13491 -S00001

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage

STEPHANIE HOLLADAY
1218 ORANGE ROAD
JOURDANTON, TX  78026-2300

2017CI13491  7/26/2017  NROR  LARRY BOTELLO

7016 2070 0000 7520 3934

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

DOCUMENT SCANNED AS FILED



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

Leticia Leija, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS

Case Number: 2017-CI-11989

2017CI11989   S00005

**EMMA FERNANDEZ**
**VS.**
**ROBERT ROSS MD ET AL**
(Note: Attached Document May Contain Additional Litigants.)



IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: HUMANA GOLD PLUS

BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION, a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL
ATTORNEY FOR PLAINTIFF
1148 E COMMERCE ST
SAN ANTONIO, TX 78205

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ
VS
ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989
Court: 166th Judicial District Court

I received this CITATION on the 7th day of July 20 17 at 10:45 o'clock A.M. and ( ✓ ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION on the date of delivery endorsed on it to Humana Gold Plus Corporation Service Company ~in person~ certified mail on the 13th day of July 20 17 at 8:59 o'clock A.M. at 211 E 7th St #620 Austin, Tx 78701 or ( ) not executed because _____

Fees: _____ ~Badge~ 7PPS #: SCH 7801 Date certification expires: 11-30-19

Bexar _____ County, Texas

By: *Ted Chapa*

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Robert Chapa , my date of birth is 11-19-63 , and my address is 1015 Cnt Mesa, San Antonio, Tx 78253 Bexar County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas, on the 17th day of July 20 17 .

Document Type: CITATION   *Ted Chapa*   Page 1 of 5
Declarant

Case Number: 2017CI11989

RETURN TO COURT (DK002)

DOCUMENT SCANNED AS FILED

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Humana Gold Plus
Corporation Service C.
211 E. 7th St. #620
Austin, Tx 78701

9590 9402 2733 6351 1059 23

2. Article Number (Transfer from service label)

7016 0340 0000 3447 3387

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Chris Bazan                        JUL 1 3 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUL 13 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015            Domestic Return Receipt

SCANNED AS FILED

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2733 6351 1059 23

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

R. Chapa
1314 Kildara Ct
San Antonio, Tx 78253

DISTRICT COURT OF BEXAR COUNTY, TX

DOCUMENT SCANNED AS FILED

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

Leticia Leija, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

PRIVATE PROCESS

Case Number: 2017-CI-11989



2017CI11989 S00006

**EMMA FERNANDEZ**

**VS.**

**ROBERT ROSS MD ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: HUMANA HEALTH PLAN OF TEXAS INC

BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 29th day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JULY A.D., 2017.

JON POWELL
ATTORNEY FOR PLAINTIFF
1148 E COMMERCE ST
SAN ANTONIO, TX 78205

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

EMMA FERNANDEZ
VS
ROBERT ROSS MD ET AL

**Officer's Return**

Case Number: 2017-CI-11989
Court: 166th Judicial District Court

I received this CITATION on the _7ᵗʰ_ day of _July_, 20 _17_ at _10:45_ o'clock _A_ M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION on the date of delivery endorsed on it to _Humana Health Plan of Texas Inc._ _Corporation Service Company_, in person on the _13ᵗʰ_ day of _July_ 20 _17_ at _8:59_ o'clock _A_ M. at _211 E. 7ᵗʰ St. #620 Austin, Tx 78701_ or ( ) not executed because _____



Fees:_____ ~~Badge/~~PPS #:_SCH 7801_ Date certification expires:_11-30-19_

_Bexar_ County, Texas

By:_Pat Chapa_

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _Robert Chapa_, my date of birth is _11-19-63_, and my address is _1015 Cat Mesa, San Antonio, Tx 78259_ _Bexar_ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _Bexar_ County, State of Texas, on the _17ᵗʰ_ day of _July_, 20_17_.

Document Type: CITATION

_Declarant_

Case Number: 2017CI11989                                                                                      Page 1 of 5

RETURN TO COURT (DK002)

## DOCUMENT SCANNED AS FILED

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70160340000034473370

Delivered

On Time
Updated Delivery Day: Thursday, July 13, 2017 ⓘ

## Product & Tracking Information

See Available Actions

| Postal Product:<br>First-Class Mail® | Features:<br>Certified Mail™<br>Return Receipt |
|---|---|

See tracking for related item: 9590940227336351105930
(/go/TrackConfirmAction?tLabels=9590940227336351105930)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 13, 2017, 8:59 am | Delivered, Individual Picked Up at Postal Facility | AUSTIN, TX 78744 |

Your item was picked up at a postal facility at 8:59 am on July 13, 2017 in AUSTIN, TX 78744.

| | | |
|---|---|---|
| July 13, 2017, 8:45 am | Arrived at Unit | AUSTIN, TX 78744 |
| July 13, 2017, 12:54 am | Departed USPS Regional Facility | AUSTIN TX DISTRIBUTION CENTER |
| July 12, 2017, 12:42 pm | Arrived at USPS Regional Facility | AUSTIN TX DISTRIBUTION CENTER |

See More ∨

## Available Actions

| Text Updates | ∨ |
|---|---|
| Email Updates | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

Case Number: 2017CI11989                Document Type: CITATION                Page 2 of 5

DOCUMENT SCANNED AS FILED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Humana Health Plan of Texas
Corporation Service Co,
2 E. 7th St. #620
Austin, Tx 78701

9590 9402 2733 6351 1059 30

2. Article Number (Transfer from service label)

7016 0340 0000 3447 3370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Chris Sarzen

C. Date of Delivery

JUL 13 20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ..... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015        Domestic Return Receipt

DOCUMENT SCANNED AS FILED

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2733 6351 1059 30

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

R. Chan
1314 Kildeern Ct
San Antonio, Tx 78253

DOCUMENT SCANNED AS FILED

DISTRICT COURT OF BEXAR COUNTY, TX

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY.  WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*August 10, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

Leticia Leija, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*